

# Memorandum

To:    Honorable Indira Talwani, U.S. District Judge

From:  Jessica Turkington, Senior U.S. Probation Officer

Date:  September 5, 2023

Re:    PACHECO, Tiffany
       Docket No.: 1:21CR10025-IT-1
       Financial Obligation and Request for Payment Schedule

---

On April 27, 2022, Ms. Pacheco appeared before Your Honor, after having previously pleaded guilty to six counts of Wire Fraud in violation of 18 U.S.C. § 1343, one count of Conspiracy to Commit Wire Fraud in violation of 18 U.S.C. § 1349 &1343, and one count of Aggravated Identity Theft in violation of 18 U.S.C. 1028 A(a)(1). She was sentenced to 42 months in custody, consisting of 18 months, served concurrently on counts 1-7 and 24 months, served consecutively on count 8 with 3 years of supervised release to follow. She was assessed an $800 special assessment and $199,555.00 in restitution. She completed repayment of her special assessment and has paid $16,431.00 in restitution.

It is the responsibility of the Supervising Probation Officer to notify the Court of an agreed-upon payment schedule. The schedule is based upon the defendant's ability to pay at the time it is formulated. Periodic reviews of the defendant's financial situation are made in order to determine whether the schedule shall be changed.

At present, the balance of her restitution is $183,124.00. Ms. Pacheco released from federal custody on July 28, 2023. She has a long substance abuse history. She is attending necessary substance abuse and mental health treatment appointments. She is employed full-time employment.

At the present time, the agreement is as follows:

Ms. Pacheco has agreed to pay her outstanding financial obligation of $183,124.00 in monthly installments of $80. If Your Honor concurs with this payment schedule, please advise by signing below.

Respectfully submitted by:
/s/Jessica Turkington
Jessica Turkington
Senior U.S. Probation Officer

Reviewed/Approved by:
/s/ Gina Affsa
Gina Affsa
Supervisory U.S. Probation Officer

_____

[ ✓ ]    The payment schedule is approved as proposed

[    ]    The payment schedule is not approved for the following reason _____

_____

[    ]    Other:

So Ordered:

Honorable Indira Talwani
U.S. District Judge

Date:   9/6/2023